650

MUTUAL CASUALTY COMPANY, et al., No. 391-79

December 4, 1979. Inasmuch as the transcript has been ordered in this case, the motion to dismiss for failure to order transcript is denied.

Billings, J.

STATE of Vermont v. Stephen PICKNELL, No. 423-79

December 4, 1979. The lower court, after hearing, made findings and entered a judgment denying bail under Vt. Const. ch. II, § 40, as a matter of discretion, all of which is supportable, and the bail appeal is dismissed.

STATE of Vermont v. Stephen PICKNELL, No. 423-79

December 5, 1979. Cause to be certified forthwith.

Hill, J.

IN RE John SAVO, Jr., No. 112-79

December 19, 1979. Eugene Rakow, Esq., of Rutland, Vermont, is appointed assigned counsel, and the appointment of William A. Nelson, Esq., Appellate Defender, is withdrawn.

Hill, J.

STATE of Vermont v. SPECIALIZED HAULING CORP., No. 123-79

December 26, 1979. Appellee's motion for amendment of entry order denied.

Daley, J.

VERMONT NATIONAL BANK v. Dean A. KING, Donald G. Martin, E. Nicholas Sanguinetti, and Charles E. Wiley, No. 188-78

December 28, 1979. Appeal dismissed for failure to comply with the order dated December 4, 1979.

George E. MYERS v. BLUE CROSS OF NEW HAMPSHIRE-VERMONT, No. 441-79

December 28, 1979. Defendant's motion for permission to appeal pursuant to V.R.A.P. 5(b)(1) is denied.

Hill, J.